UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RENARD TRUMAN POLK, | Case No. 3:12-cv-00433-MMD-WGC |
| Plaintiff, | ORDER |
| v. | |
| STATE OF NEVADA, et al.,, | |
| Defendants. | |

Plaintiff has filed a motion for leave to appeal pending stay and/or injunction (dkt. no. 11). The Court dismissed this action because all of the named defendants could not be defendants in a civil rights action pursuant to 42 U.S.C. § 1983, were absolutely immune from suit, or had nothing to do with the facts that plaintiff alleged. To the extent that plaintiff seeks an injunction, there is nobody left for the Court to enjoin. To the extent that plaintiff seeks leave to appeal, no permission to appeal from a final judgment in a § 1983 action is necessary, but the Court will not certify that such an appeal is taken in good faith.

IT IS THEREFORE ORDERED that plaintiff's motion for leave to appeal pending stay and/or injunction (dkt. no. 11) is DENIED.

IT IS FURTHER ORDERED that an appeal from the judgment (dkt. no. 8) would not be taken in good faith.

DATED THIS 27th day of December 2012.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE